**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **ORION SECURITY SERVICE AND INVESTIGATION INCORPORATED** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **66-0829310** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **STATE ROAD 818 KM 2.0**<br>**BO. CIBUCO**<br>**COROZAL, PR 00783**<br>Number, Street, City, State & ZIP Code | **HC01 BOX 3980**<br>**COROZAL, PR**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Corozal**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   ORION SECURITY SERVICE AND INVESTIGATION INCORPORATED    Case number (if known) _____
_____
Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

5616

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

Debtor  **ORION SECURITY SERVICE AND INVESTIGATION INCORPORATED**　　Case number (*if known*) _____
　　　　  Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No<br>☐ Yes. |
|---|---|---|

List all cases. If more than 1, attach a separate list

Debtor _____　　　　　　Relationship _____
District _____　When _____　Case number, if known _____

---

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|

■　Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐　A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes. |
|---|---|---|

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.　Insurance agency _____

　　　　Contact name _____

　　　　Phone _____

---

### ■ Statistical and administrative information

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| 14. | Estimated number of creditors | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>■ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|

Debtor  ORION SECURITY SERVICE AND INVESTIGATION INCORPORATED  Case number (*if known*)
        Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor    ORION SECURITY SERVICE AND INVESTIGATION INCORPORATED     Case number (if known) _____
          Name

██ Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 7, 2025**
              MM / DD / YYYY

X _____              **ANDRES MORALES NEGRON**
Signature of authorized representative of debtor      Printed name

Title   **PRESIDENT**

---

18. Signature of attorney

X _____
Signature of attorney for debtor              Date  **March 7, 2025**
                                                    MM / DD / YYYY

**RAFAEL A. GONZALEZ VALIENTE**
Printed name

**GODREAU & GONZALEZ, LLC**
Firm name

**P.O. BOX 9024176**
**SAN JUAN, PR 00902-4176**
Number, Street, City, State & ZIP Code

Contact phone   **787 726-0077**       Email address   **rgv@g-glawpr.com**

**USDC-PR NO. 225209 PR**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **ORION SECURITY SERVICE AND INVESTIGATION INCORPORATED** |
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALEX J. CARRASQUILLO CANTRES 8685 CARR 867 SABANA SECA, PR 00956 | | CONTRACTED SERVICES | | | | $2,079.00 |
| ALEXIS M. CARRASQUILLO CANTRES SECT EL 26 CARR 867 SABANA SECA, PR 00952 | | CONTRACTED SERVICES | | | | $1,890.00 |
| CENTRAL SERVICE CONSULTANT LLC URB SABANERA DEL RIO CAMINO MIRAMONTES #513 GURABO, PR 00778 | | PROFESSIONAL SERVICES | | | | $41,262.00 |
| DAVID CALDERO FIGUEROA HC 01 BOX 5028 COROZAL, PR 00783 | | CONTRACTED SERVICES | | | | $1,569.50 |
| INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | | FUTA PRINCIPAL - $2,015.37 INTERESTS - $43.98 | | | | $2,059.35 |
| INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | | FICA PRINCIPAL - $95,986.24 INTERESTS - $19,847.45 | | | | $115,833.69 |

Debtor  **ORION SECURITY SERVICE AND INVESTIGATION INCORPORATED**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | | FICA SURCHARGES | ′ | | | $9,760.02 |
| JOSE D. ALVAREZ CABRERA LOS OLIVOS 4 SEC HOLLYWOOD BAYAMON, PR 00961 | | CONTRACTED SERVICES | | | | $1,732.50 |
| LUIS M. FARIA DE LLEGUAS CALLE EDUARDO CUERVA #1363 PONCE, PR 00717 | | WAGES | | | | $2,435.23 |
| LUIS R. SERRANO VAZQUEZ HC 01 BOX 4542 COROZAL, PR 00783 | | WAGES | | | | $1,680.00 |
| McKENZIE CAPITAL, LLC 3390 MARY STREET, STE 310 MIAMI, FL 33133 | | SALE OF FUTURE BILLINGS | | | | $75,951.00 |
| MIGUEL A. ADORNO HIRALDO 4TA SEC VILLA CAROLINA CALLE 422 CAROLINA, PR 00985 | | WAGES | | | | $1,480.50 |
| MUNICIPALITY OF COROZAL 9 CALLE SIXTO FEBUS COROZAL, PR 00783 | | MUNICIPAL LICENSE | | | | $15,000.00 |
| NANCY VELEZ COSME CALLE MANUEL ALONZO BV-2 TOA BAJA, PR 00949 | | CONTRACTED SERVICES | | | | $1,638.00 |
| NR CONSULTORES COND HILLS VIEW PLAZA APT 316 GUAYNABO, PR 00971 | | PERMITS | | | | $5,716.12 |

Debtor **ORION SECURITY SERVICE AND INVESTIGATION INCORPORATED**

Case number *(if known)* _____

Name _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PR DEPARTMENT OF LABOR PO Box 195540 San Juan, PR 00919-5540 | | UNEMPLOYMENT PRINCIPAL - $5,811.23 INTEREST - $169.86 | | | | $5,981.09 |
| PR DEPARTMENT OF TREASURY PO Box 9024140 San Juan, PR 00902 | | SALES TAX SURCHARGES | | | | $10,285.94 |
| PR DEPARTMENT OF TREASURY PO Box 9024140 San Juan, PR 00902 | | SALES TAX PRINCIPAL - $95,699.08 INTEREST - $29,065.21 | | | | $124,764.29 |
| RAYMANOLO & ASOCIADOS CARR 690 KM 3.5 VEGA ALTA, PR 00693 | | ACCOUNTING SERVICES | | | | $6,000.00 |
| STATE INSURANCE FUND PO Box 365028 San Juan, PR 00936-5028 | | WORKER'S COMPENSATION INSURANCE | | | | $17,218.75 |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>ORION SECURITY SERVICE AND INVESTIGATION INCORPORATED</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF PUERTO RICO</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 7, 2025**          X _____
                                          Signature of individual signing on behalf of debtor

**ANDRES MORALES NEGRON**
Printed name

**PRESIDENT**
Position or relationship to debtor

## United States Bankruptcy Court
### District of Puerto Rico

In re   ORION SECURITY SERVICE AND INVESTIGATION INCORPORATED          Case No. _____

                                     Debtor(s)          Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   March 7, 2025 _____          _____

                                          ANDRES MORALES NEGRON/PRESIDENT
                                          Signer/Title

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re   ORION SECURITY SERVICE AND INVESTIGATION INCORPORATED    Case No. _____
                                         Debtor(s)                Chapter   **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept_____ | $ | **6,000.00** |
   | Prior to the filing of this statement I have received_____ | $ | **6,000.00** |
   | Balance Due_____ | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☒ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor     ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 7, 2025**
_Date_

_(signature)_
RAFAEL A. GONZALEZ VALIENTE
_Signature of Attorney_
**GODREAU & GONZALEZ, LLC**
**P.O. BOX 9024176**
**SAN JUAN, PR 00902-4176**
**787 726-0077**
rgv@g-glawpr.com
_Name of law firm_

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:                                          CASE NO:

**ORION SECURITY AND**
    **INVESTIGATION INCORPORATED**        CHAPTER 11 –
                                                         SUBCHAPTER V

**DEBTOR**

## STATEMENT REGARDING CORPORATION RESOLUTION

The undersigned **ANDRES MORALES NEGRON** is President of **ORION SECURITY AND INVESTIGATION INCORPORATED** On **March 1st, 2025**, the following resolution was duly adopted by the **PRESIDENT** of this corporation.

"WHEREAS it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to **Chapter 11 Sub-Chapter V** of Tittle 11 of the United States Code.

NOW, THEREFORE, BE IT RESOLVED, that **ANDRES MORALES NEGRON**, President of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 **Sub-Chapter V** voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

BE IT FURTHER RESOLVED, that **ANDRES MORALES NEGRON**, President of this corporation, be and hereby is authorized and directed to employ RAFAEL GONZALEZ, ESQ., Attorney and law firm GODREAU & GONZALEZ, LLC, to represent the corporation in said bankruptcy proceedings".

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION

I, **ANDRES MORALES NEGRON**, President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date _March 6, 2025_       **Signature** _Andy Morales_
                                                  **President**

No. 341475
COMMONWEALTH
OF
PUERTO RICO
2014